IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


HAROLD RUSHING,                                  06-CV-1013-BR

       Plaintiff,

                                         OPINION AND ORDER

v.

SAIF CORPORATION, an Oregon
public benefit corporation,
and YVETTE BAKER,

       Defendants.


**ERIC J. FJELSTAD**
Smith & Fjelstad
722 N. Main Avenue
Gresham, OR  97030
(503) 669-2242

       Attorneys for Plaintiff

**HARDY MYERS**
Attorney General
**LOREN W. COLLINS**
**MICHAEL G. ANDREA**
Assistant Attorney General
Department of Justice
1162 Court Street N.E.
Salem, OR  97301-4700
(503) 947-4700

       Attorneys for Defendants

1 - OPINION AND ORDER

**BROWN, Judge.**

This matter comes before the Court on Plaintiff's Motion to Remand (#5).  For the reasons that follow, the Court **GRANTS** Plaintiff's Motion.

## BACKGROUND

On July 17, 2006, Defendants removed this case from Clackamas County Circuit Court to this Court on the basis of federal-question jurisdiction.  On July 18, 2006, Plaintiff filed a Motion to Remand.

On July 21, 2006, the Court heard oral argument on the Motion on an expedited basis because the parties have a trial scheduled for July 28, 2006, in Clackamas County Circuit Court, and they intend to proceed to trial on that date if the Court grants Plaintiff's Motion to Remand.

## DISCUSSION

For the reasons stated on the record at oral argument, the Court concludes the first-served defendant rule applies under the particular circumstances of this case and, therefore, the Court grants Plaintiff's Motion to Remand.

## CONCLUSION

For these reasons, the Court **GRANTS** Plaintiff's Motion to

2 - OPINION AND ORDER

Remand (#5).

    IT IS SO ORDERED.

    DATED this 21st day of July, 2006.

    /s/ Anna J. Brown

    ANNA J. BROWN
United States District Judge

3 - OPINION AND ORDER